UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| In Re: | ORDER OF DISMISSAL<br>FOR |
| **Tronox Incorporated** | FAILURE TO PROSECUTE<br>BANKRUPTCY APPEAL |

-----------------------------------------------------X   21-CV-9524 JPC

FROM:   VITO GENNA, CLERK
           UNITED STATES BANKRUPTCY COURT
           SOUTHERN DISTRICT OF NEW YORK

TO:   RUBY J. KRAJICK, CLERK
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated             BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Stephanie Williams (on behalf of Stephanie Bluitt)
BANKRUPTCY DOCUMENT #: 9564

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

     _X_ FRBP 8009
     ___ Federal Rules of Civil Procedure (Rule _____)
     _X_ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
     ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New
            York.

Dated:   **June 28, 2022**                                      Vito Genna, Clerk
         New York, New York                         U.S. Bankruptcy Court, SDNY

                                                            By:   _s/ Anatin Rouzeau_
                                                                         Deputy Clerk

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____ **June 28** _____ 20**22**          _____
         New York, New York                        Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____            Ruby J. Krajick , Clerk
                                                                        District Court, SDNY

                                                                         By: _____
                                                                              Deputy Clerk